UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE A. MANDRELL,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. 06-cv-612-JPG |

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Bruce A. Mandrell and against the defendant Commissioner of Social Security, that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security is reversed and that this case is remanded to the Commissioner of Social Security for further proceedings and a new decision. On remand, the ALJ should reevaluate Mr. Mandrell's credibility, give appropriate weight to the medical opinions of Mr. Mandrell's treating physicians, and revisit steps four and five of the five-step inquiry.

**NORBERT JAWORSKI**

Date: December 11, 2007

**s/Vicki McGuire**
**Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
 **J. PHIL GILBERT**
 **DISTRICT JUDGE**