UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRUCE A. MANDRELL,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

Case No. 06-cv-612-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to the Equal Access to Justice Act, 29 U.S.C. § 2412(d), attorneys fees and costs in this case are awarded to plaintiff Bruce A. Mandrell and against the defendant Commissioner of Social Security in the amount of fifteen thousand, two hundred fifty-seven dollars and ninety cents ($15,257.90.), payable directly to plaintiff Bruce A. Mandrell's attorney, Joni Beth Bailey.

**NORBERT JAWORSKI, CLERK**

**Date: July 9, 2008**　　　　　　　　　　　　　　　S/Brenda K. Lowe, Deputy Clerk


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**